UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESSICA HURLEY SMITH,

        Plaintiff,

   v.                               Case No. 20-cv-399-pp

ANDREW M. SAUL,

        Defendant.

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 34) AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

On January 18, 2021, the parties filed a stipulated motion for remand for further proceedings under to sentence four of 42 U.S.C. §405(g). Dkt. No. 34. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, if the Appeals Council does not issue a fully-favorable decision, the Council will instruct an Administrative Law Judge to take further action to complete the administrative record. The ALJ will provide the plaintiff an opportunity for a new hearing, where the plaintiff may submit additional evidence and arguments. The ALJ will reevaluate the entire record, including the opinion evidence and will proceed through the sequential evaluation process as needed to reach a decision. If the evaluation reaches step four, the ALJ will reevaluate

1

the plaintiff's residual functional capacity. The ALJ will obtain vocational testimony if needed to support a decision.

Dated in Milwaukee, Wisconsin this 19th day of January, 2021.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**